**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10103 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00060-RCC-BPV-1 |
| v. | |
| JOSEPH DIAZ, AKA Joseph Lopez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, District Judge, Presiding

Submitted February 15, 2011[**]
San Francisco, California

Before: NOONAN, O'SCANNLAIN, and TROTT, Circuit Judges.

Diaz appeals from his sentence of 630 months following his plea of guilty to
seven counts of bank robbery, all committed after his commission of twenty-one
previous bank robberies for which he spent twenty-five years in prison. Because

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

he did not object to any aspect of his sentencing in the district court, our review is for plain error.  <u>United States v. Williams</u>, 989 F.2d 1061, 1071-72 (9th Cir. 1993).

Our inspection of the record discloses no errors in the calculation of Diaz's Guidelines range.  In fact, his counsel accepted the court's final calculation and asked for a sentence within that range, which the court then imposed.  Moreover, the court clearly considered the relevant § 3553 factors and adequately explained the choice of a sentence.  Finally, given the egregious facts and circumstances of this case and Diaz's background, the sentence imposed was substantively reasonable and certainly not an abuse of discretion.

Diaz's sentencing was error-free.  Thus, we AFFIRM.